Translation Available

CL  tulsa > heavy equipment - by dealer

◀ prev     ▲     next ▶

reply

# DON'T BUY 110% MADE IN CHINA - MONTANA Post Drivers Driver WHY? - $1 ((Marble Falls TX & Dewey Oklahoma)

image 1 of 24






Creager-00000016

MONTANA POST DRIVERS AND CONCRETE BREAKERS ARE 110% MADE IN CHINA AND SHIPPED TO THE USA IN A CRATE, UNLOADED, THEN A "MONTANA" STICKER IS PLACED ON THE UNIT AND SHIPPED TO "DEALERS" THAT PREY ON YOU, NOT PRAY FOR YOU. IF YOU ARE RECEIVING INFORMATION THESE UNITS ARE BUILT IN MONTANA "BY HARD WORKING AMERICANS" you are being lied to. Sorry friends, but that's the TRUTH!

At I DIG TEXAS we will ALWAYS speak the truth! ALWAYS! You CAN handle the truth!!!

We import Texas Post Driver POWER CELLS from China like the others BUT:

1). Our PREMIUM Model (Only $500 extra from ECONOMY model): Imported nitrogen power cell cylinder. I DIG TEXAS manufactures the mount, hoses, etc. here in house. Come see for yourself! Made with TRUE U.S. plate steel and red iron I-Beam. SEE PICTURES

2). OPTION 2: The fully Chinese built unit is designated on our website as the "ECONOMY MODEL". Like the Montana, it is fully built in China and sent in a crate from the same master factory. These power cells all come from the same place... but we HAVE NO MIDDLE MAN! NONE! We are direct from the forge to our customers! SEE PICTURES!

*** We WILL NOT lie to you about the origin of ANY of our products!!! ***

*** We offer a 2 year warranty through I DIG TEXAS!

Creager-00000017