CL dallas > fort worth > for sale > heavy equipment - by dealer

◀ prev    ▲    next ▶

reply   favorite   hide   flag   share   Posted a day ago                             print

# MADE IN CHINA 100%- SKID STEER - MONTANA POST DRIVERS - WHY? - $1 (Marble Falls Texas - WE SHIP DAILY NATIONWIDE!!!)





© craigslist - Map data © OpenStreetMap
(google map)

delivery available

make / manufacturer: **TEXAS POST DRIVER**

model name / number: **BUY AMERICAN MADE!!!**

more ads by this user

Tired of Chinese-made equipment? Listen folks, I DIG TEXAS and AMAREKAN MFG believe in America, we do EVERYTHING we can to build and source AMERICAN!

Want a post driver MADE IN USA? Do you want to buy a USA made post driver for the same $$$ as a CHINESE MADE Montana Post Driver? Check out our Premium Series Texas Post Drivers and 450 series Texas Post Drivers:

Tired of Chinese-made equipment? Listen folks, I DIG TEXAS and AMAREKAN MFG believe in America, we do EVERYTHING we can to build and source AMERICAN!

Want a post driver MADE IN USA? Do you want to buy a USA made post driver for the same $$$ as a CHINESE MADE Montana Post Driver? Check out our Premium Series Texas Post Drivers and 450 series Texas Post Drivers:

https://idigtexas.com/product-category/skid-steer-attachments/texas-post-drivers/

A good post driver these days involves a nitrogen charged power cell, all of them. These power cells have long powered the hydraulic concrete breakers we have come to know and love. These nitrogen power cells that drive post drivers are ALL made in China, but most manufacturers also have every other component made in China as well. As a TRUE manufacturer direct to the customer, we offer both an AMERICAN manufactured (other than the nitrogen charged power cell) and Chinese manufactured skid steer post driver. Why pay multiple middle men??? Why pay more for a "brand name" that is driven by a power cell that comes from the same master factory in CHINA as "all the others" ??? WHY PAY MORE FOR A FULLY CHINESE BUILT UNIT?... when you can buy one that is manufactured in Texas and Oklahoma (meaning EVERYTHING other than the power cell itself is American made - American steel and hard-working American labor!) ?!?!?!

There are "dealers" out there representing (MIS-representing) that Montana Post Drivers and Jack Hammers are "BUILT IN MONTANA BY HARD WORKING AMERICANS FOR AMERICANS".

THIS IS DISGUSTING!!! WHAT EVER HAPPENED TO LOVING YOUR COUNTRY??? Patriotism is not dead!

Purchasing 100% Chinese products IS YOUR DECISION! BUT, you should know the truth about where the products you buy are originating. You should be able to make decisions based on REAL NEWS, NOT FAKE NEWS!

MONTANA POST DRIVERS AND CONCRETE BREAKERS ARE 110% MADE IN CHINA AND SHIPPED TO THE USA IN A CRATE, UNLOADED, THEN A "MONTANA" STICKER IS PLACED ON THE UNIT AND SHIPPED TO "DEALERS" THAT PREY ON YOU, NOT PRAY FOR YOU. IF YOU ARE RECEIVING INFORMATION THESE UNITS ARE BUILT IN MONTANA "BY HARD WORKING AMERICANS" you are being lied to. Sorry friends, but that's the TRUTH!

At I DIG TEXAS we will ALWAYS speak the truth! ALWAYS! You CAN handle the truth!!!

We import Texas Post Driver POWER CELLS from China like the others BUT:

1). Our PREMIUM Model (Only $500 extra from ECONOMY model): Imported nitrogen power cell cylinder. I DIG TEXAS manufactures the mount, hoses, etc. here in house. Come see for yourself! Made with TRUE U.S. plate steel and red iron I-Beam. SEE PICTURES

2). OPTION 2: The fully Chinese built unit is designated on our website as the "ECONOMY MODEL". Like the Montana, it is fully built in China and sent in a crate from the same master factory. These power cells all come from the same place... but we HAVE NO MIDDLE MAN! NONE! We are direct from the forge to our customers! SEE PICTURES!

*** We WILL NOT lie to you about the origin of ANY of our products!!! ***

*** We offer a 2 year warranty through I DIG TEXAS! Not a 1 year many questions asked "warranty". I DIG TEXAS: No questions asked! No "We need to fill out paperwork and submit it to the manufacturer" and wait months for a denial of service! We fix or repair on site or replace the unit, PERIOD! Do you think working through a "DEALER", then a distributor, then maybe the so called "MANUFACTURER" is a quick way to get back to work? ... NO! We are all of the above! NO excuses! I DIG TEXAS gets you back to work in the event of a failure IMMEDIATELY! We do not fix or repair Montana drivers, but are FREQUENTLY asked to service their units when folks need to get back to work. DON'T GET BURNED!

Copy and paste the following link into your browser window to see all of our options on Texas Post Drivers: